UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

**MELISSA SINCLAIR, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                                **NO. 16-12152**

**ACME TRUCK LINE, INC., ET AL.**                         **SECTION "B"(3)**

                            ORDER AND JUDGMENT

Considering "Plaintiffs' Motion for Voluntary Dismissal with Prejudice" (Rec. Doc. 21),

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs informed the Court that all of the parties to this action have firmly agreed upon a compromise. Rec. Doc. 21 at 2. They consequently request an order dismissing this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly,

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE,** each party to bear its own costs and fees.

New Orleans, Louisiana, this 13th day of April, 2017.

                                        _____
                                        SENIOR UNITED STATES DISTRICT JUDGE